STATION ASSOC., INC. v. DARE COUNTY

No. 337PA98

Case below: 130 N.C.App. 56

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 December 1998. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 3 December 1998.


STERR v. TROUTMAN ENTERS. OF CONCORD, INC.

No. 281P98

Case below: 129 N.C.App. 845

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.


T. L. HERRING & CO. v. BD. OF ADJUST. OF WILSON

No. 35A98

Case below: 128 N.C.App. 532

Motion by plaintiffs to withdraw appeal allowed 3 December 1998.